IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HENRY LEE JONES,

    Plaintiff(s),          08cv0752
                                 **ELECTRONICALLY FILED**

    v.

BRIAN V. COLEMAN, THE DISTRICT
ATTORNEY OF THE COUNTY OF
MERCER, THE ATTORNEY GENERAL OF
THE STATE OF PENNSYLVANIA,

    Defendant(s).

### Order of Court

Pending before this Court is petitioner's motion for reconsideration of the Order dismissing petitioner's claim for writ of habeas corpus and denying a certificate of appealability. Petitioner has raised no new issues of fact, nor has he demonstrated that this Court committed any error of law. Accordingly, petitioner's motion for reconsideration (doc. no. 12) is DENIED.

                                     SO ORDERED this 9th day of September, 2008.

                                       s/Arthur J. Schwab
                                       Arthur J. Schwab
                                       United States District Judge

cc:     All Registered ECF Counsel and Parties

Henry Lee Jones
EX 0315
SCI Fayette
50 Overlook Drive
La Belle, PA 15450
PRO SE PLAINTIFF